UNITED STATES ET AL. *v.* DEPARTMENT OF REV-
ENUE OF ILLINOIS ET AL.

No. 235.  Decided October 15, 1962.

*Solicitor General Cox, Assistant Attorney General Ober-
dorfer, I. Henry Kutz* and *William Massar* for the United
States.

*John H. Caruthers* for Olin Mathieson Chemical Corp.,
appellant.

PER CURIAM.

The judgment is affirmed.

SOUTHEASTERN AVIATION, INC., DOING BUSINESS
AS SOUTHEAST AIRLINES, *v.* HURD,
ADMINISTRATOR.

No. 286.  Decided October 15, 1962.

*Russell R. Kramer* and *Erma Griffith Greenwood* for
appellant.

*Howard E. Wilson* and *Preston H. Taylor* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.